# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0522
Lower Tribunal No. 2022-CF-008094

_____

STATE OF FLORIDA,

Appellant,

v.

DEVON STEVEN BARNES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

August 14, 2026

PER CURIAM.

AFFIRMED. *See Tillman v. State*, 471 So. 2d 32, 35 (Fla. 1985) ("In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved."); *United States v. Leon*, 468 U.S. 897, 923 (1984) ("Finally, depending on the circumstances of the particular case, a warrant may be so facially deficient—i.e., in

failing to particularize the place to be searched or the things to be seized—that the executing officers cannot reasonably presume it to be valid.").

WOZNIAK, MIZE and PRATT, JJ., concur.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., and Rebecca Rock McGuigan, Assistant Attorneys General, Daytona Beach, for Appellant.

Blair Allen, Public Defender, and Ronald N. Toward, Assistant Public Defender, Bartow, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED